**STATE of Missouri, Respondent,**

v.

**Roger A. PEEK, Appellant.**

**No. ED 76229.**

Missouri Court of Appeals,
Eastern District,
Division Three.

April 18, 2000.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 30, 2000.

Roger A. Peek, Moscow Mills, pro se.

Mark D. Bradley, Asst. Pros. Atty.,
Warrenton, for respondent.

Before: RICHARD B. TEITELMAN,
P.J., CLIFFORD H. AHRENS, J., and
LAWRENCE E. MOONEY, J.

### *ORDER*

PER CURIAM.

Roger A. Peek (Defendant) appeals from
the judgment entered pursuant to his con-
viction in a court-tried case for the offense
of trespass in the second degree, in viola-
tion of § 569.150 RSMo 1994. Defendant
was sentenced to pay a fine of $100.00 and
was further required to pay court costs of
$69.50. On appeal, Defendant raises the
following claims of error: (1) he was
charged pursuant to an unlawful proce-
dure; (2) trespass in the second degree is
not a prosecutable offense, in that it is
statutorily classified as an infraction rather
than a felony or misdemeanor; and (3)
insufficiency of evidence. We have re-
viewed Defendant's brief,[1] the legal file
and transcript. The claims of error are
without merit, and a written opinion would
serve no jurisprudential purpose. We af-

1. The State has not filed a brief in this matter.

firm the judgment of the trial court pursu-
ant to Rule 30.25(b).